UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DANIELLE C.,

                Plaintiff,

v.                                            3:20-CV-1134
                                                        (DJS)

KILOLO KIJAKAZI, *Acting Commissioner
of Social Security*,

                Defendant.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

In light of the Second Circuit's Order remanding the matter to this Court with instructions, the Commissioner's determination is **VACATED** and the matter **REMANDED** to Defendant for further proceedings.

Dated: May 2, 2023
       Albany, New York

*/s/ Daniel J. Stewart*
Daniel J. Stewart
U.S. Magistrate Judge